PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Nora Vasquez Maciel |
| **Docket Number:** | 1:03CR05073-05 AWI |
| **Offender Address:** | Ducor, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | June 14, 2004 |
| **Original Offense:** | 18 USC 287 and 2, Making or Presenting a False, Fictitious, or Fraudulent Claim to the United States and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 24 months Bureau of Prisons; 36 months TSR; $100 SA; $71,534.00 restitution; mandatory testing |
| **Special Conditions:** | 1) Search and seizure; 2) Not dispose/dissipate assets; 3) Provide financial information; 4) No new credit |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | March 3, 2006 |
| **Assistant U.S. Attorney:** | Sheila K. Oberto    **Telephone:** (559) 499-4000 |
| **Defense Attorney:** | Robert A. Cassio    **Telephone:** (559) 498-6310 |
| **Other Court Action:** | None |

RE:   Nora Vasquez Maciel
      Docket Number:   1:03CR05073-05 AWI
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   UNSATISFIED RESTITUTION OBLIGATION AT EXPIRATION OF SUPERVISION**

**Details of alleged non-compliance:** Supervision commenced on March 3, 2006. During the past 36 months, the offender has made diligent efforts toward her restitution obligation in this case.

Accordingly, the offender paid her special assessment ($100) in full on May 8, 2006. At that time, her monthly payments were directed toward her outstanding restitution order ($71,534.00).

The offender's monthly payment history has been excellent. She has made the required monthly payment of $50.00. Therefore, the defendant has paid a total of $1,650.00 during her supervision period. Additionally, as a result of her co-defendant husband being convicted in this matter, their income tax refunds have been continuously withheld and applied to the outstanding restitution amount owing.

RE:     Nora Vasquez Maciel
        Docket Number:   1:03CR05073-05 AWI
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

**United States Probation Officer Plan/Justification:** In review, the offender has been very diligent toward her financial obligations. She is scheduled to expire from supervision on March 3, 2009.

This officer recommends that this offender expire with no further action taken, and that her financial responsibilities be turned over to the United States Attorney, Financial Litigation Unit (FLU), and the Internal Revenue Service for continued recovery of restitution.

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**Senior United States Probation Officer**
Telephone:  (559) 734-0317

**DATED:**     March 2, 2009
               Visalia, California

**REVIEWED BY:**    /s/ Thomas A. Burgess
                    **Thomas A. Burgess**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken.

(   )   Other:

cc:   Sheila K. Oberto, AUSA
      Robert A. Cassio, Defense Counsel
      Financial Litigation Unit**,** Sacramento

**ORDER**

IT IS SO ORDERED.

Dated:   **March 3, 2009**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE